# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 29, 2007

132350

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

JEANNE CORNELL and DAVID EDWARD
CORNELL,
      Plaintiffs-Appellees,

v

ERP OPERATING LIMITED PARTNERSHIP
and EQUITY RESIDENTIAL PROPERTY
MANAGEMENT CORPORATION,
      Defendants-Appellants,
and

PINES OF CLOVERLANE APARTMENTS,
      Defendant.

_____/

SC: 132350
COA: 269331
Washtenaw CC: 03-001028-NO

On order of the Court, the application for leave to appeal the September 19, 2006 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court prior to the completion of the proceedings ordered by the Court of Appeals.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 29, 2007

_____
Clerk

t0122